UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                              )<br>              Plaintiff,                  )<br>                                                              )<br>       vs.                                        )       Cause Nos.      1:03-cr-087-WTL-DML-1<br>                                                              )<br>JONATHAN DOTSON,               )<br>                                                              )<br>              Defendant.              ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that Jonathan Dotson's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of ten months, in the custody of the Attorney General. It is recommended that Mr. Dotson be designated by the Attorney General of the United States and the Bureau of Prisons to the Federal Correctional Institution in Milan, Michigan. Upon Mr. Dotson's release from confinement, he will be subject to two years of supervised release.

SO ORDERED this 20th day of November, 2012.

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification