UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:03-cr-0087-WTL-DML |
| | ) | |
| JONATHAN DOTSON, | ) | - 01 |
| Defendant. | ) | |

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Amended Report and Recommendation that Jonathan Dotson's supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of time served. Mr. Dotson will continue on his current special conditions of supervised release.

SO ORDERED this 06/18/2014

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record email generated by the Court's ECF system

U. S. Parole and Probation

U. S. Marshal